IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TRUMAN GROSS,
ADC #135755

    Plaintiff,

v.    No. 5:18CV00007-SWW

WENDY KELLY,
Director, ADC; *et al.*

    Defendants.

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's cause of action is DISMISSED without prejudice as frivolous.

2. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Doc. No. 12) is DENIED.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.[1]

IT IS SO ORDERED this 21st day of February, 2018.

    /s/ Susan Webber Wright
    UNITED STATES DISTRICT JUDGE

---

[1] The motion [doc.#16] of Plaintiff to allow him to proceed without exhaustion of the prison grievance system and the motion [doc.#21] of Plaintiff for a hearing are both denied.