# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TRUMAN GROSS,  
ADC #135755

    Plaintiff,

v.                                No. 5:18CV00007-SWW

WENDY KELLY,  
Director, ADC; *et al.*

    Defendants.

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 21st day of February, 2018.

                                               /s/ Susan Webber Wright  
                                             UNITED STATES DISTRICT JUDGE